

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-415-CV

JANICE CIMINO                                                    APPELLANT

V.

ANTHONY C.J. CIMINO                                              APPELLEE

----------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Voluntary Motion To Dismiss Appeal."
It is the court's opinion that the motion should be granted; therefore, we
dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution
issue.  *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DELIVERED:  March 13, 2008

---

[1]*See* TEX. R. APP. P. 47.4.